STATE EX REL CONRAD, Respondent, v. WENDLAND, Appellant (LINDAU, Intervener)

(279 N. W. 827.)

(File No. 8164. Opinion filed May 26, 1938.)

*Earl S. Farley,* of Milbank, for Appellant.
*Mose S. Lindau,* of Milbank, for Respondent.

PER CURIAM. Certified copy of notice of appeal was filed in this court on January 17, 1938. Since that time no further steps have been taken in this court, and no brief has been filed in behalf of the appellant. The appeal is therefore deemed abandoned, and the order appealed from is affirmed.

All the Judges concur.